**Order entered April 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00102-CV

### ESTATE OF FREDERIC B. ASCHE, JR., DECEASED

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-11-3533-2**

## ORDER

We **GRANT** the motion of Joie Rivera, Official Court Reporter for Probate Court No. 2, for an extension of time to file the reporter's record. The reporter's record shall be filed by **MONDAY, JUNE 1, 2015**.

/s/     ELIZABETH LANG-MIERS
             JUSTICE